

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00364-CR

**EX PARTE** Bobby **BORDELON**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2215-CR-C
Honorable William J. Old, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying appellant's habeas application seeking to reduce the amount of his bond is AFFIRMED.

SIGNED May 19, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice